19599. Willis *v.* Daniel, executor.

Bloodworth, J. "The court is without jurisdiction to entertain a bill of exceptions which fails to except to a final judgment. The mere fact that the record discloses a final judgment in favor of the defendant in error does not change the rule." *Southern Ry. Co.* v. *Floyd County,* 37 *Ga. App.* 689, 691 (141 S. E. 497), and cit. "A bill of exceptions can not be maintained where the only exception therein is to a judgment disallowing an amendment to the answer of the defendant. This is true notwithstanding a recital in the bill of exceptions that the case proceeded to judgment in favor of the plaintiff." *Cheney* v. *Corbitt Motor-Truck Co.,* 36 *Ga. App.* 590 (137 S. E. 412). In the instant case there is no exception to a final judgment, and under the rulings in the above cases, the writ of error must be and is

*Dismissed. Broyles, C. J., and Luke, J., concur.*
Decided May 14, 1929.

*L. P. Strickland,* for plaintiff in error.